1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    BRIAN E. BOYKINS,                          Case No. 25-cv-09889-JST

8                    Plaintiff,

9            v.                                  **ORDER OF DISMISSAL**

10   WEST COUNTY DETENTION FACILITY
     MEDICAL,

11                   Defendant.

12

13        On or about November 18, 2025, Plaintiff filed a civil rights complaint with this court

14   against West County Detention Facility Medical, ECF No. 1, and an application to proceed *in*

15   *forma pauperis*, ECF No. 2. That same day, the Court informed Plaintiff that his *in forma*

16   *pauperis* application was deficient because it lacked the required Certificate of Funds in Prisoner's

17   Account completed and signed by an authorized officer at his correctional facility. ECF No. 3.[1]

18   The Court ordered Plaintiff to submit a complete *in forma pauperis* application by December 16,

19   2025. ECF No. 3. The Court instructed Plaintiff that failure to comply with this deadline would

20   result in the action being dismissed without prejudice. ECF No. 3. The deadline has passed and

21   Plaintiff has not filed a complete *in forma pauperis* application, or otherwise communicated with

22

23   ───────────────

24   [1] In his *in forma pauperis* application, Plaintiff writes that the officer refused to sign the
     certification. ECF No. 2 at 2. The officer did not err in refusing to sign the certification. The
     certification requires the officer to certify that a true and correct copy of the prisoner's trust
25   account statement for the last six months is attached to the *in forma pauperis* application. ECF
     No. 2 at 2. The officer could not sign the certification because Plaintiff's *in forma pauperis*
26   application did not include a copy of his trust account statement for the prior six months. *See*
     *generally* ECF No. 2. Instead, Plaintiff attached receipts for commissary purchases made in the
27   latter half of 2024. Plaintiff's *in forma pauperis* application was therefore incomplete as it lacked
     both the required Certificate of Funds in Prisoner's Account form completed and signed by an
28   authorized officer at Plaintiff's correctional facility, and the required copy of Plaintiff's prisoner
     trust account statement showing transactions for the last six months.

United States District Court
Northern District of California

the Court.  Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.  A complete *in forma pauperis* application requires (1) the Certificate of Funds in Prisoner's Account form completed and signed by an authorized officer at Plaintiff's correctional facility, and (2) a copy of Plaintiff's prisoner trust account statement showing transactions for the last six months.

Judgment is entered in favor of Defendants and against Plaintiff.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  January 6, 2026

_____
JON S. TIGAR
United States District Judge